# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JIM RICE,**<br>　　　　Petitioner,<br>　v.<br>**EUGENE BERDANIER,**<br>　　　　Respondent. | No. 1:20-CV-02007<br><br>**(Judge Rambo)** |

## ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court may reconsider its dismissal should Petitioner provide his updated address within a reasonable time period.

2. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: November 16, 2020